IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCY A. BRADA, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| SAFEWAY, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record, the undersigned judge recuses himself from this case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 17th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court