IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCY A. BRADA, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5005 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAFEWAY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on March 16, 2011. In accordance with the discussion with counsel, the November 19, 2010, progression order (Filing No. 37) is amended as set forth below.

**IT IS ORDERED:**

1. All depositions, whether or not they are intended to be used at trial, shall be completed by **May 31, 2011**.

2. Motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 shall be filed by **June 20, 2011**.

3. The remaining deadlines contained in the November 19, 2010, progression order (Filing No. 37) are terminated, including the final pretrial conference and trial dates.

4. The parties shall have **ten (10) days** from the date the court rules on the pending Motion for Summary Judgment (Filing No. 58), in which to schedule a telephone planning conference to schedule the case through the final pretrial conference and trial. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

5. The final pretrial conference will be held by telephone conference.

DATED this 16th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge