## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCY A. BRADA, | ) | |
| | ) | Civil Action No. 7:10-cv-05005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAFEWAY INC., | ) | |
| | ) | |
| Defendant. | ) | |

───────────────────────────────────────────────────────────

### ORDER FOR DISMISSAL WITH PREJUDICE

───────────────────────────────────────────────────────────

**THIS MATTER** has come before the Court on the Stipulation for Dismissal with Prejudice filed by the parties and the Court being fully advised, hereby approves the parties' Stipulation and

**ORDERS** that the above-captioned action is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

**THE COURT** further orders that the terms of the Agreement between the parties pursuant to which the Stipulation for Dismissal with Prejudice has been filed are to be kept strictly confidential by Plaintiff Lucy A. Brada and that any disclosure of such terms except to her significant other, tax advisor or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

Date:   September 20, 2011

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge